TO: Clerk of Court
FROM: Shawn Henry Scrivens #505119
DATE: November 18, 2021
RE: 28 U.S.C. 2254 petition, pro-se

RECEIVED
DEC 14 2021
BY MAIL

Clerk of Court,

    Hello. Enclosed you will find my pro-se 2254 petition, motion to proceed in forma pauperis with supporting affidavit, and motion for appointment of councel.

    Would you please file these documents and return a file-marked copy to me with a case number attached? I also wish for the court to understand that I have limited legal knowledge and reference materials to file this petition. If the court requires further information please contact me and I will try and provide the correct documentation.

    Thank you for your assistance.

Sincerely,

Shawn Henry Scrivens #505119