UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| **Scrivens** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No. 2:21-cv-00077-DDN |
| | ) | |
| **Lake** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

[✓] The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Amanda Lake**

Submitted By:  **Michael J. Spillane**          Dated:  **February 07, 2022**

Note:  Corporations may execute this election only by counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **February 07, 2022**

Signature:    /S/ **Michael J. Spillane**

**RECEIVED**
**DEC 27 2021**
**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

*This form must be submitted in paper format and cannot be filed electronically.*

**IMPORTANT:** Return this form to the Clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

Plaintiff(s), Shawn Henry Scrivens #505119

vs.

Case No. 2:21-CV-00077-DDN

Defendant(s) Warden Amanda Lake

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

**CHECK ONE:**

[X] The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties (please type or print):

Shawn Henry Scrivens #505119

Submitted By: _____ Dated: 12-22-2021
*Signature of Counsel or Party if Pro Se*

**Note:** Corporations may execute this election only by counsel.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served (by mail) (by hand delivery) on all parties of record in this cause, this _____ day of _____, 20 ___.

Signature _____

Shawn H. Scrivens #505119
Moberly Correctional Center
PO Box #7 Hu #3-A 657
Moberly Mo 65270

This correspondence is from an inmate in the custody of the Missouri Department of Corrections. The Department is not responsible for the content of this correspondence. For information about the Department or to verify information about the offender, please visit our website at www.doc.mo.gov.

MAIL FROM:
MOBERLY
CORRECTIONAL CENTER

RECEIVED
DEC 27 2021
BY MAIL

Clerk of Court
US District Court, Eastern
Thomas Eagleton US. Courthouse
111 South 10th Street
St Louis, Missouri 63102