UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

*This form must be submitted in paper format and cannot be filed electronically.*

**IMPORTANT:** Return this form to the Clerk's office promptly, but not later than twenty-one days after your appearance, answer or responsive pleading

| | |
|---|---|
| Plaintiff(s), | ) ) ) ) ) ) |
| vs. | ) Case No. |
| Defendant(s) | ) ) ) ) |

## NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section 636(c)(1).

## CHECK ONE:

☐ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties (please type or print):

_____

_____

_____


Submitted By: _____  Dated: _____
*Signature of Counsel or Party if Pro Se*

**Note: Corporations may execute this election only by counsel.**

---

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served (by mail) (by hand delivery) on all parties of record in this cause, this _____ day of _____, 20___.

Signature _____