UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| SHAWN HENRY SCRIVENS, | ) |
| Petitioner(s), | ) |
| v. | ) No. 2:21-CV-00077-JSD |
| AMANDA LAKE, | ) |
| Respondent(s). | ) |

## **ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Joseph S. Dueker to District Judge Ronnie L. White.

May 26, 2023
Date

*Gregory J. Linhares* /
Clerk of Court

By: /s/ Kelley Shirley /
KELLEY SHIRLEY
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:21-CV-00077-RLW**